IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELVIN WHITE, | 1:04-cv-06645-AWI-NEW (DLB) (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| GOLDEN STATE EYE CENTER, et al., | (Doc. 15) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 27, 2007, plaintiff filed a motion for extension of time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   **September 14, 2007**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE