UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELVIN WHITE, | 1:04-cv-06645-AWI-GSA-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| GOLDEN STATE EYE CENTER, et al., | |
| Defendants. | |

Plaintiff, William Melvin White ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 23, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On August 27, 2007, plaintiff filed a motion to extend time. On September 14, 2007, the court granted plaintiff thirty (30) days within which to respond. On September 18, 2007, plaintiff filed

1

1 objections to the Magistrate Judge's Findings and
2 Recommendations.
3     In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendations to
7 be supported by the record and by proper analysis.  However, in
8 the objections, Plaintiff asks for leave to file an amended
9 complaint.  The objections contain additional allegations that
10 may state a claim against some of the Defendants the Magistrate
11 Judge recommends dismissing.  Thus, while the court agrees
12 dismissal may be warranted, the dismissal will be with leave to
13 amend.
14     Accordingly, IT IS HEREBY ORDERED that:
15     1.   The Findings and Recommendations, filed July 23, 2007,
16          are ADOPTED IN FULL;
17     2.   Pursuant to Plaintiff's request, the complaint is
18          DISMISSED with leave to amend;
19     4.   Any amended complaint SHALL BE FILED within thirty days
20          of this order's date of service.
21
22 IT IS SO ORDERED.
23 **Dated:    December 20, 2007            /s/ Anthony W. Ishii**
                                     UNITED STATES DISTRICT JUDGE