# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELVIN WHITE, | 1:04-CV-06645-AWI-GSA-PC |
| Plaintiff, | ORDER DIRECTING CLERK TO FILE SECOND AMENDED COMPLAINT WHICH WAS LODGED ON SEPTEMBER 18, 2007 |
| v. | |
| GOLDEN STATE EYE CENTER, et. al., | (Doc. 18) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On July 23, 2007, Magistrate Judge Dennis L. Beck issued findings and recommendations, recommending that this action proceed with the First Amended Complaint on plaintiff's Eighth Amendment claims against defendants Morton and Weiss, and that all other claims be dismissed with prejudice.  On September 18, 2007, plaintiff filed objections to the findings and recommendations and lodged a proposed Second Amended Complaint.  In the objections, plaintiff requested leave to file a Second Amended Complaint.  On December 20, 2007, District Judge Anthony W. Ishii adopted the findings and recommendations and dismissed plaintiff's First Amended Complaint with leave to amend.   Therefore, pursuant to the December 20, 2007 order, the lodged Second Amended Complaint shall be filed.  The court shall screen the Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to file the Second Amended Complaint which was lodged on September 18, 2007.

IT IS SO ORDERED.

Dated:   **December 27, 2007**             **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE