# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William White, | Case No.: 1:04-CV-06645-JMR |
| Plaintiff, | |
| vs. | ORDER |
| Golden State Eye Center, et al., | |
| Defendants. | |

Defendant Ronald Morton has filed a Motion for Summary Judgment (Doc. 32) pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**NOTICE--WARNING TO PLAINTIFF**

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[1]*

The Defendant's Motion for Summary Judgment seeks to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

---

[1] *Rand v. Rowland*, 154 F.3d 952, 962 (9th Cir. 1998) (*en banc*).

1  Rule 56 tells you what you must do in order to oppose a motion for summary
2  judgment. Generally, summary judgment must be granted when there is no genuine issue
3  of material fact – that is, if there is no real dispute about any fact that would affect the
4  result of your case, the party who asked for summary judgment is entitled to judgment as
5  a matter of law, which will end your case. When a party you are suing makes a motion
6  for summary judgment that is properly supported by declarations (or other sworn
7  testimony), you cannot simply rely on what your complaint says. Instead, you must set
8  out specific facts in declarations, depositions, answers to interrogatories, or authenticated
9  documents, as provided in Rule 56(e), that contradict the facts shown in the Defendants'
10 declarations and documents and show that there is a genuine issue of material fact for
11 trial. If you do not submit your own evidence in opposition, summary judgment, if
12 appropriate, may be entered against you. If summary judgment is granted, your case will
13 be dismissed and there will be no trial.
14  Rule 260(b) of the Local Rules of Civil Procedure also requires that you include
15 with your response to the Motion for Summary Judgment a separate list of itemized facts
16 in a Statement of Undisputed Facts in opposition to the Motion for Summary Judgment:

> Any party opposing a motion for summary judgment orsummary adjudication shall reproduce the itemized facts in the Statement of UndisputedFacts and admit those facts that are undisputed and deny those that are disputed,including with each denial a citation to the particular portions of any pleading, affidavit,deposition, interrogatory answer, admission, or other document relied upon in support ofthat denial. The opposing party may also file a concise "Statement of Disputed Facts,"and the source thereof in the record, of all additional material facts as to which there is agenuine issue precluding summary judgment or adjudication. The opposing party shallbe responsible for the filing of all evidentiary documents cited in the opposing papers.See L.R. 133(j). If a need for discovery is asserted as a basis for denial of the motion,the party opposing the motion shall provide a specification of the particular facts on which discovery is to be had or the issues on which discovery is necessary.

24 L.R.260(b). Note that you must also cite to the specific paragraph in your statement of
25 facts or other place in the record that supports any factual claims you make in your
26 memorandum of law.
27  You must timely respond to all motions. The Court may, in its discretion, treat
28 your failure to respond to Defendants' Motion for Summary Judgment as a consent to the

- 2 -

1 granting of that Motion without further notice, and judgment may be entered dismissing
2 this action with prejudice pursuant to Rule 230(l) of the Local Rules of Civil Procedure.
3 *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

4       **IT IS ORDERED** that Plaintiff must file a response to Defendants' Motion for
5 Summary Judgment, together with a separate Statement of Facts and supporting affidavits
6 or other appropriate exhibits, no later than **September 27, 2010**.

7       **IT IS FURTHER ORDERED** that Defendants may file a reply within **15** days
8 after service of Plaintiff's response.

9       **IT IS FURTHER ORDERED** that the Motion for Summary Judgment will be
10 deemed ready for decision without oral argument on the day following the date set for
11 filing a reply unless otherwise ordered by the Court.

12       DATED this 3rd day of September, 2010.

_____
John M. Roll
Chief United States District Judge