# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William White, | Case No.: 1:04-CV-06645-JMR |
| Plaintiff, | |
| vs. | ORDER |
| Golden State Eye Center, et al., | |
| Defendants. | |

Defendant Ronald Morton has filed a Motion for Summary Judgment (Doc. 32) pursuant to Rule 56 of the Federal Rules of Civil Procedure. In a prior Order (Doc. 33), this Court warned Plaintiff of the following:

> You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to Defendants' Motion for Summary Judgment as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action with prejudice pursuant to Rule 230(l) of the Local Rules of Civil Procedure. *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

In light of that Order, and because the court-imposed deadline has passed for filing of a response to the Defendant's Motion for Summary Judgment, the Court grants the motion.

Even if the Court did not grant the Motion for Summary Judgment on the Plaintiff's failure to respond, the motion would have been granted as there is no genuine issue of material fact that is contested. The sworn affidavits of those involved with White's surgery indicate that Dr. Morton performed White's eye surgery and that White was never used as an experimental guinea pig for the nurse anesthetist. White's statements are not credible given that his left eye was covered, his right eye was being

1   operated on, and he was under the influence of heavy sedatives. No reasonable jury could
2   find that Dr. Morton did not perform the surgery or that he was negligent in his treatment.
3   On its own merits, the motion must be granted.

4   In addition, Plaintiff was instructed in another Order (Doc. 28), that he was to
5   serve Defendants Weiss and Morton. If Plaintiff did not serve those defendants within
6   120 days of the Order (April 28, 2009), the claims against them would be dismissed under
7   Federal Rule of Civil Procedure 4(m). The service period has passed and Plaintiff has
8   failed to serve Defendant Weiss. Any claim against Weiss is now dismissed.

10   Accordingly,
11   **IT IS ORDERED** that Defendant Morton's Motion for Summary Judgment (Doc.
12   32) is **granted**. Defendant Weiss is also dismissed from this action.
13   **IT IS FURTHER ORDERED:**
14   Plaintiff's claims are dismissed **with prejudice**. **The Clerk is directed to close**
15   **the case**.
16   DATED this 1st day of October, 2010.

_____
John M. Roll
Chief United States District Judge